

*Richard C. Schoenstein, Partner*
212.216.1120
rschoenstein@tarterkrinsky.com

January 7, 2025

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:** *Capricorn Management Systems, Inc. v. Government Employees Insurance Co.*
          **Appeals Docket #: 24-2294**

Dear Clerk of the Court:

    This office represents Plaintiff-Appellant Capricorn Management Systems, Inc. ("Appellant"), in the above-referenced matter. We write in response to the case manager's inquiry regarding Appellant's sealed volumes filed on December 11, 2024.

    Plaintiff-Appellant filed thirteen (13) sealed appendixes, volumes 1 through 13 (DKT Nos. 53-63). Plaintiff-Appellant advises that all thirteen appendixes are sealed in their entirety and that there are no redactions.

    We thank the Court for its consideration in this matter.

                                          Respectfully submitted,

                                          Richard C. Schoenstein
                                          David J. Pfeffer
                                          Matthew S. De La Torre

cc: All counsel of record via ECF